IN THE UNITED STATES DISTRICT COURT
~~SOUTHERN~~ *Middle* DISTRICT OF ALABAMA

RECEIVED
2023 JAN 24 A 10:08
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PRISONER COMPLAINT
[FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

**Leslie D. Cameron**
Name under which you were convicted

**244510**
Your prison number

vs.   CIVIL ACTION NO. **2:23-cv-00059-RAH-CSC**
(To be supplied by Clerk of Court)

**John Hamm (Comm. Al.D.OC) Warden**
Name of Defendant(s) **Lamar Jones, Thompkins, Cpt. Rodgers**

**Imminent Danger Claim**
**Jury Trial Demanded**

**Bullock Corr. Fac. P.O.B. 5107  Union Springs Al 36089**
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a <u>defendant is located in the</u> Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is <u>unable</u> to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other

Rev. 4/10/06

I. PREVIOUS LAWSUITS.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )    No (✗)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )    No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   Defendants: _____

   _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   _____

   3. Docket Number: _____

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )   No ( )

   5. Name of judge to whom the case was assigned: _____

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed; i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   _____

   _____

   _____

   7. Approximate date of filing lawsuit: _____

-2-

8. Approximate date of ruling by court: _____

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: __Bullock Corr. Fac__

B. Date it occurred: __Thursday night December 16, 2022 (11:00pm - 12:00pm)__

C. Is there a prisoner grievance procedure in this institution? __NO__

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )    No (✓)

E. If your answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

F. If your answer is NO, explain why not: __Only in medical, Alabama D.O.C Does not have a Inmate Grievance System - This is Also a 1st Amendment Right Violation of the USC.__

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

__See Attached__

III. PARTIES.

A. Plaintiff (Your name/AIS): Leslie D. Cameron

Your present address: Bullock Corr Fac.

B. Defendant(s):

1. Defendant (full name) _____ is employed as Wardens Lamar, Jones and Thompson at _____.

His/her present address is Bullock Corr. Fac.

(a) Claim against this defendant: ✗ See Attached ✗

(b) Supporting facts (Include date/location of incident):

December 16, 2022. Happen in E-2 dorm
✗ See Attached ✗

2. Defendant (full name) Commissioner John Hamm of ALDOC. is employed as _____

at _____

His/her present address is 301 Ripley Street Montgomery AL 36104

(a) Claim against this defendant: _____

(b) Supporting facts (Include date/location of incident):

3. Defendant (full name) _____ is employed as _____

at _____

5

His/her present address is _____.

(a) Claim against this defendant: _____

(b) Supporting facts (Include date/location of incident):

December 16, 2022, in E-2 dorm at, around 11:00 pm - 12:00 pm. ✗ See Attached ✗

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

   1. State the conviction(s) for which you are presently incarcerated: Robbery and pass. of controlled subs.

   2. When were you convicted? 2018

   3. What is the term of your sentence? 20 yrs.

   4. When did you start serving this sentence? 2018

   5. Do you have any other convictions which form the basis of a future sentence?
      Yes ( )   No (✗)

   If so, complete the following:

   (a) Date of conviction: _____

   (b) Term of sentence: _____

   6. What is your expected end of sentence (E.O.S.) date? March of 2033

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|          | Conviction      | Sentence        |
|----------|-----------------|-----------------|
| Reversed | yes( ) no(✗)   | yes( ) no(✗)   |
| Expunged | yes( ) no(✗)   | yes( ) no(✗)   |

5

Invalidated    yes( ) no(X)           yes( ) no(X)
Writ of habeas yes( ) no(X)           yes( ) no(X)
  corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

_____

VI. AFFIRMATION. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

12-17-22
Date

Leslie D. Cameron
(Signature of Plaintiff Under Penalty of Perjury)

Bullock Corr. FAC.
Current Mailing Address

P.O. Box 5107 Union Spring

AL 36089
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

Access Secure
1-866-345-1884

(105)
Pel Pat - 30
11 cell - 25

## ✳ Claim #1 ✳

Unconstitutional, Unsafe and Dangerous Widespread Prison Customs Violated Plaintiffs 8th Amendment Rights of the United States Constitution

#1) Commissioner John Hamm, Wardens Lamar, Thompkins, Jones and Cpt. Rodgear (whom is the Cpt. of Security) Failed to Follow policies of the Alabama Dept. of. Corrections by Stoping Inmates From having sexual encounters, engaging in homosexual Relationships And haging up Sheets all over thier Beds and Living Areas to engage in homosexual Acts.

#2) The officers have a duty and Job Requirement working for the Al.D.O.C. that consists of Keeping inmates SAFE and preventing Homosexual Acts, Relationships and Stoping Rapes.

#3) The officers have a duty and Job Requirement working for the Al.D.O.C. that Consists of not letting Inmates hang up Sheets all over the Dorms Living Areas and Beds So that they can See in the Dorms to keep Inmates safe and prevent Rapes And unwanted sexual encounters and From being Extorted for Sex. Furthermore this will help the Cameras up in the Dorms See and Record Rapes and Inmates From being extorted for Sex.

#4) The AlDOC Also has in place Policies Rules and Regulations (by policy makers Commissioner John Hamm, Wardens Jones, Lamar, Thompkins and Cpt. of Security Cpt. Rodgears) that Require their officers working the Dorms Where inmates Are Living to conduct 5-Random Searches of Inmates and their property everytime they come to work on each shift to Find Contraband such As knives, Drugs cell phones and other Dangerous Items. OFFicers Are supposed to write down the Inmates names, AIS #, Bed Location, Date of the Search and

Found on the Inmate Daily Search Log Forms.

#5) Commissioner Hamm, Wardens Jones, Lamar, Thompkins And Cpt. Rodgers Are not making thier officers working the Dorms Take the sheets down from Around their Beds Living Areas, not stoping homosexual Relationships And not making officers do 5- Random Searches of inmates And their personal property. In Fact these 5 defendants Are not even making officers ossigned to Work Dorms STAY In their assigned Dorms to keep Inmates Safe and cut down on the Assaults and Rapes.

#6) Its Also A policy, Rule and Regulation of policy Makers for the Alabama Department of Corrections to assign officers to A Dorm and make sure that they stay in the Dorm.

#7) It has become a Widespread Unconstitutional, Unsafe And Dangerous Custom of Hamm, Jones, Thompkins, Lamar And Rodgers to Allow their officers to come to Work, Count Inmates and disappear for most of thier Shifts

#8) On or About Thursday December 15, 2022 At Roughly 11:00 pm in E-2 Dorm my Bunkmate told me to go holler at some Black Dude that was a Friend of his that slept in the middle Row on the fourth Bed From the Back and he would Give me Some work to make some money. He had sheets up all around His Bunk Bed as did all the other Inmates in the Dorm. I dont Know his Real Name Just his Nickname and it was "Slim Thug".

#9) I Got to Inmate "Slim Thug" Bunk Bed and he pulled his curtains open (Door) and told me to come In. I came in And he asked me If I got high and I said no Im off Drugs.

#10) Cameron Told this Inmate "My Friend told me you had some work for me thats why I'm here". He said "Okay sit down here on my bed for a minute and roll you a cigarette while I get my dirty cloths together for you to wash. He then pulled out a sack of Ice and started snorted it. Cameron told him he had to leave because he had a few things he had to finish doing because he was begining to become nervous.

#11) He then pulled a "Shank" (Jail house Knife) out on Cameron and said "you arent going no where. He said you are gonna fuck today, and if you make any noise" I'm gonna cut your throat, bitch.

#12) He then told Cameron to drop his pants and grab the bed. He got his dick hard and started forcing himself in Cameron's Ass, with no lubricate, raping him for about 5 minutes until he came off all over Cameron.

#13) Once Slim Thug was done he told Cameron if he told anyone he would have him stabbed to the floor.

#14) Had Commissioner John Hamm, Warden Lamar, Jones, Thompkins and Cpt. Rodgers not been condoning, promoting inmates to participate in homosexual acts and allowing these officers to come to work, count and disappear for the rest of the shift and had a ~~contraband~~ unconstitutional, unsafe and Dangerous customs in place that allows Inmates to hang sheets up all over the dorms, Cameron would not have been raped.

#15) Had Defendants Commissioner Hamm, Warden Thompkins, LAMAR, Jones and Cpt. Rodgers been making sure them officers were coming to work every shift and doing Box checks (searching of boxes) and Inmate searches every shift instead of having in place unconstitutional unsafe and dangerous customs of allowing them officers to lie and pretend on their Daily Search Logs on every shift like they searched for Contraband and Weapons and had in place a Unsafe Custom that allowed Inmates to hang sheets up all over the dorms all day long to have sex, rape, extort, and oppress each other Cameron wouldn't have been raped with a Knife to his neck.

#16) Cameron was taken to a rape clinic and a rape kit was done on him on or about December 18th, 2022 over sixty hours after the rape occured, and is still awaiting on D.N.A. Evidence to come back

Leslie Cameron #294510
Bullock Corr. Fac.
P.O. Box 5107
Union Springs Al 36089



United States Middle DISTRICT Court
One Church Street Suite B-110
Montgomery, Al 36104

LEGAL